# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2017

153669-70

*In re* Estate of KENNETH JAMES KOEHLER

_____

SHERRY BIERKLE, Personal Representative of
the Estate of KENNETH JAMES KOEHLER,
          Appellant,
v


ERNEST LEE UMBLE,
          Appellee.
_____/


*In re* Estate of KENNETH JAMES KOEHLER

_____

SHERRY BIERKLE, Personal Representative of
the Estate of KENNETH JAMES KOEHLER,
          Appellant,
and

JOESPH YORK, EDMUND YORK, RONALD
McKEEL, DANIEL McKEEL, GREGORY
McKEEL, MICHAEL SIES, NANCY
SCHREIBER, and TERRI CARTER,
          Interested Persons,
v

ERNEST LEE UMBLE,
          Appellee.
_____/

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153669
COA: 322996
Oakland Probate Ct:
          2012-341834-DE

SC: 153670
COA: 322997
Oakland Probate Ct:
          2012-341834-DE

## AMENDMENT TO ORDER

On order of the Court, this Court's December 21, 2016 order is amended and reads
as follows:

The application for leave to appeal the March 24, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (a) whether MCL 700.2114(4) applies to inheritance from or through a posthumous child for purposes of demonstrating heirship; (b) if so, what types of evidentiary proofs might satisfy MCL 700.2114(4) in cases involving inheritance from or through a posthumous child; and (c) whether the burden to demonstrate the requirements of MCL 700.2114(4) rest with the potential heir or with the party challenging heirship.



t0117

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2017



Clerk